## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ESTEBAN SANCHEZ, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>POLLOS PUCALOR INC. d/b/a POLLOS PUCALOR, POLLOS PUCALOR 2 INC. d/b/a POLLOS PUCALOR, OLMER PUENTES, and ELVER TOVAR,<br><br>Defendants. | Civil Action No.<br><br>17-1444 (SDW) (LDW)<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

The parties having come before the undersigned for an in-person settlement conference on December 5, 2017, and having reached a settlement in principle,

**IT IS, on this 6th day of December 2017,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened no later than **March 23, 2018**; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action by **March 23, 2018**, the Court shall dismiss this action, without further notice, with prejudice and without costs.

*Leda Dunn Wettre*

Leda Dunn Wettre
United States Magistrate Judge